IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JOHNSON, ) | 1:09cv02205 OWW DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATIONS |
| ) | (Document 15) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NATIONAL RECOVERY GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On May 14, 2010, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Default Judgment be DENIED WITHOUT PREJUDICE. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued May 14, 2010, are ADOPTED IN FULL;

2. Plaintiff's Motion for Default Judgment is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

**Dated:   June 4, 2010**                         **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE