**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINA JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL RECOVERY GROUP, LLC<br><br>    Defendant.. | Case No. 1:09-cv-02205 OWW<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

Based upon the Voluntary Dismissal by Plaintiff, Regina Johnson, and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 29, 2010

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Order

PDF created with pdfFactory trial version www.pdffactory.com